**UNITED STATES COURT OF INTERNATIONAL TRADE**

________________________________________x

Deosen Biochemical (Ordos) Ltd.

Plaintiff, Court No. 26-3622

v.

UNITED STATES,

Defendant.

________________________________________x

**Partial Consent Motion to Intervene as Plaintiff-Intervenor**

Pursuant to U.S. Court of International Trade ("USCIT") Rule 24, Meihua Group International Trading (Hong Kong) Ltd, Langfang Meihua Biotechnology Co., Ltd., Xinjiang Meihua Amino Acid Co., Ltd and Jilin Meihua Amino Acid Co., Ltd. (collectively, "Meihua"), moves to intervene as Plaintiff-Intervenor in this action. Counsel for Meihua sought the consent of plaintiff and defendant via E-mail on Tuesday August 25, 2026. On that date, counsel for plaintiff responded and consented to the motion to intervene and defendant responded that the Department of Commerce had not yet provided its position on intervention and has not yet updated its position on intervention.

1. On August 6, 2026 Plaintiff Deosen Biochemical (Ordos) Ltd. ("Deosen") instituted this action by filing a summons and complaint appealing the U.S. Department of Commerce's final results of in the administrative review ("AR11") of the antidumping duty ("ADD") order on xanthan gum from the People's Republic of China ("China") covering the period of review ("POR") spanning July 1, 2023 through June 30, 2024, published as *Xanthan Gum From the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2023–2024*, 91 Fed. Reg. 43610 (July 16, 2026) ("*Final Results*").

2. Meihua is a foreign producer, exporter and importer of the subject merchandise and thus is an "interested party" within the meaning of 19 U.S.C. 1677(9)(A). As such, Meihua, an interested party who was a party to the proceeding has standing to intervene in this action pursuant to 28 U.S.C. 2631(j)(1)(B) and may intervene as a matter of right.

3. Plaintiff filed its complaint in this matter on August 6, 2026 and this motion to intervene is thus timely under Rule 24(a) of the USCIT rules as it is filed within 30 days for the service of the complaint.

For the foregoing reasons, Meihua respectfully requests this Court to grant its motion to intervene as plaintiff-intervenor in this matter

Respectfully submitted,
/s/ David Craven
David Craven

Craven Trade Law LLC

3744 N Ashland
Chicago, IL 60613
(773) 709-8506
David.craven@tradelaw.com

*Counsel to* Meihua Group International Trading (Hong Kong) Ltd, Langfang Meihua Biotechnology Co., Ltd., Xinjiang Meihua Amino Acid Co., Ltd and Jilin Meihua Amino Acid Co., Ltd

Dated: 8/27/2026