**UNITED STATES COURT OF INTERNATIONAL TRADE**

______________________________________________x

Deosen Biochemical (Ordos) Ltd.

Plaintiff, Court No. 26-3622

v.

UNITED STATES,

Defendant.

______________________________________________x

**Order**

Upon consideration of the partial consent motion to intervene as Plaintiff-Intervenor filed by Meihua Group International Trading (Hong Kong) Ltd, Langfang Meihua Biotechnology Co., Ltd., Xinjiang Meihua Amino Acid Co., Ltd and Jilin Meihua Amino Acid Co., Ltd. (collectively, "Meihua") it is hereby:

ORDERED that the consent motion to intervene as Plaintiff-Intervenor is GRANTED; and it is further

ORDERED THAT Meihua Group International Trading (Hong Kong) Ltd, Langfang Meihua Biotechnology Co., Ltd., Xinjiang Meihua Amino Acid Co., Ltd and Jilin Meihua Amino Acid Co., Ltd are parties to this action as Plaintiff-Intervenors.

Dated:_______________________________ _________________________

New York, New York JUDGE